# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05655

Sheriff's Sale Date: _____

V.

MICHELLE OLVERA AND JOSE H. TORRES-LOPEZ; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, Eric Afflerbach, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve JOSE H. TORRES-LOPEZ the above process on the 21 day of Dec, 20 16, at 12:00 o'clock, P M, at 7 BRIGHTON COURT OXFORD, PA 19363, County of Chester, Commonwealth of Pennsylvania:

Manner of Service:

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- [ ] By handing a copy to the Defendant(s)
- [X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: Michelle Olvera
Relationship/Title/Position: Wife
Remarks: _____
Description: Approximate Age 40 Height 5'7" Weight 225 Race H Sex F Hair Black
Defendant was not served because: [ ] Moved [ ] Unknown [ ] No Answer [ ] Vacant
[ ] Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of Pa )
) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared Eric Afflerbach to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this 3 day of Jan, 20 17.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

_____
Notary Public

File Number: USA-162076
Case ID #: 4772282