

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

### CIVIL ACTION NO.: 16-05655

I, _PATRICK D. ENNIS_ , a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

_7 BRIGHTON COURT, OXFORD, PA 19363_ .

The public sale was held on _JULY 13, 2017_

and the highest bidder was _U.S. DEPARTMENT OF AGRICULTURE_

who bid the amount of $ _1.00_

By: _____
Deputy U.S. Marshal