**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 16-05655 |
| **DEFENDANT** Michelle Olvera & Jose H. Torres-Lopez | **TYPE OF PROCESS** US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michelle Olvera & Jose H. Torres-Lopez
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7 Brighton Court, Oxford, PA 19363

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date 7/13/17 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*  ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*  Date: 7-13-17  Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* $38.45 | Forwarding Fee | Total Charges $38.45 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) **$38.45** |
|---|---|---|---|---|---|

REMARKS:
Property (7 Brighton Court, Oxford, PA) sold to U.S. Department of Agriculture for $1.00. Fees represent mileage to and parking at the Chester County Courthouse.

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



U.S. Department of Justice

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## FEE SCHEDULE WORKSHEET

CASE#: **16-CV-5655**    DATE: **7-13-17**

TYPE OF PROCESS: **WRIT SALE**

START TIME: **10:00**    TIME COMPLETED: **12:00**

FOR EACH ITEM SERVED OR ENDEAVORED IN PERSON PER HOUR (OR PORTION THEREOF)

DEPUTY (1) **Ennis** _____ @ $65.00  $ _____

DEPUTY (2) _____ @ $65.00  $ _____

DEPUTY (3) _____ @ $65.00  $ _____

DEPUTY (4) _____ @ $65.00  $ _____

For Each Item Served by Mail _____ @ $8.00  $ _____

Forwarding Fee for Service
(in Other Judicial Districts) _____ @ $8.00  $ _____

Preparing Notice of Sale for advertising,
Bill of Sale, or U.S. Marshals Deed _____ @ $20.00  $ _____

Commission on Sale:
(3% on first $1,000.00)                              $ _____
(1.5% on balance)                                    $ _____

Copies – per page _____ @ $.10  $ _____

Round Trip Mileage **70 RT miles** @ $.535  $ **37.45**

Parking **1.00** Tolls _____ Other _____   $ **1.00**

                                    TOTAL  $ **38.45**