# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br>v.<br><br>MICHELLE OLVERA<br>JOSE H. TORRES-LOPEZ<br>      Defendant(s) | Civil Action No: 16-05655 |

## ORDER

AND NOW, this 15th day of September, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on July 13, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to the United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MICHELLE OLVERA and JOSE H. TORRES-LOPEZ in and to the premises sold located at 7 Brighton Court, Oxford, PA 19363.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                       _Joel Slomsky_, J.